### In the Matter of Lacy R. WHEELER, III.

### Petition for Reinstatement.

### No. 322 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

June 28, 2001.

#### ORDER

PER CURIAM.

AND NOW, this 28th day of June, 2001, upon consideration of the Report and Recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania dated April 26, 2001, the Petition for Reinstatement is denied.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

■

### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Donald McDowell BOHN, Jr. Respondent.

### No. 451 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

June 29, 2001.

#### ORDER

PER CURIAM.

AND NOW, this 29th day of June, 2001, on certification by the Disciplinary Board that the respondent, DONALD McDOWELL BOHN, JR., who was suspended by Order of this Court dated October 28, 1998, for an indefinite period of time of not less than one year, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, DONALD McDOWELL BOHN, JR., is hereby reinstated to active status, effective immediately.